**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN MUSEUM OF NATURAL HISTORY,<br><br>          Plaintiff,<br><br>v.<br><br>AFFILIATED FM INSURANCE COMPANY,<br><br>          Defendant. | CASE NO. 1:21-cv-7194 |

**DEFENDANT AFFILIATED FM INSURANCE COMPANY'S**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Affiliated FM

Insurance Company, by and through its undersigned counsel, hereby states as follows:

1.      Affiliated FM Insurance Company is a wholly owned subsidiary of Factory Mutual

Insurance Company.  There is no publicly held corporation that owns 10% or more of the stock of

Affiliated FM Insurance Company.

Dated:  New York, New York                    Respectfully Submitted,
        August 26, 2021


                                              By:  __/s/ Harvey Kurzweil_____
                                                   Harvey Kurzweil
                                                   Kelly A. Librera
                                                   George E. Mastoris
                                                   Matthew A. Stark
                                                   WINSTON & STRAWN LLP
                                                   200 Park Avenue
                                                   New York, NY 10166
                                                   Tel.: (212) 294-6700
                                                   HKurzweil@winston.com
                                                   KLibrera@winston.com

1

GMastoris@winston.com
MStark@winston.com

*Attorneys for Defendant Affiliated FM Insurance Company*