```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
  AMERICAN MUSEUM OF NATURAL HISTORY,    :
                                         :
                          Plaintiff,     :
                                         :         1:21-cv-7194-GHW
                 -against-               :
                                         :              ORDER
  AFFILIATED INSURANCE COMPANY,          :
                                         :
                          Defendant.     :
                                         :
-------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/21

GREGORY H. WOODS, District Judge:

On September 29, 2021, the Court stayed proceedings during this action pending the Second Circuit's decision in *10012 Holdings, Inc. v. Sentinel Ins. Co.* No. 21-80.  Dkt. No. 17.[1]  On December 27, 2021, the Second Circuit issued its decision in that case.  Accordingly, no later than January 7, 2022, the parties are instructed to file a joint status letter informing the Court of, among other things, their respective positions regarding the impact of the Second Circuit's decision on the parties' dispute and their proposals for continuing to litigate this case.

SO ORDERED.

Dated:  December 27, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge

---

[1] The Court's prior order referred to that case as *10012 Holdings, Inc. v. Hartfordl Ins. Co.*