USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/2024

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN MUSEUM OF NATURAL HISTORY,<br><br>          Plaintiff,<br><br>    v.<br><br>AFFILIATED FM INSURANCE COMPANY,<br><br>          Defendant. | **MEMORANDUM ENDORSED**<br><br>1:21-cv-07194 (GHW) (KHP) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

WHEREAS this Court previously stayed proceedings in this action after finding that decisions by other courts, including the New York Court of Appeals, were likely to bear directly on the issues in this case.

WHEREAS, on February 15, 2024, the New York Court of Appeals issued its ruling in one such case. *See Consol. Rest. Operations, Inc. v. Westport Ins. Corp.*, 2024 WL 628047 (N.Y. Feb. 15, 2024).

WHEREAS, Plaintiff American Museum of Natural History has determined to discontinue this action in light of the New York Court of Appeals' ruling.

WHEREAS no answer or motion for summary judgment has been served.

Accordingly, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, by and through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

February 27, 2024

                              CRAVATH, SWAINE & MOORE LLP,

                              by  */s/ Keith R. Hummel*
                                      Keith R. Hummel
                                      Justin C. Clarke

                            Worldwide Plaza
                              825 Eighth Avenue
                                New York, NY 10019
                                  (212) 474-1000

                          *Attorneys for Plaintiff American Museum of Natural History*

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: February 27, 2024
New York, New York

                                          GREGORY H. WOODS
                                      United States District Judge